UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN CRAWFORD,

                Plaintiff,

       -v-

FRANK BISIGNANO, COMMISSIONER
OF SOCIAL SECURITY,

              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/13/2026
```

**ORDER**

26-CV-116 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion ("Plaintiff's Motion") requesting to extend the deadline for Plaintiff's brief and the briefing schedule.  ECF No. 16.  Plaintiff's Motion is **GRANTED**.

The parties shall comply by the following deadlines.  Plaintiff's brief shall be filed by **June 12, 2026**.  Defendant's brief shall be filed by **August 11, 2026**.  Plaintiff's reply brief shall be filed by **September 1, 2026**.

Parties should be aware that no further extensions will be granted absent extraordinary circumstances.

**SO ORDERED.**

Dated: April 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge